**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
UNITED STATES OF AMERICA,      )
                              )
                              )
          v.                   )     Criminal No.  09-301 (EGS)
                              )
KENNETH OBEY,                  )
                              )
               Defendant.      )
_____)
```

## ORDER

In a hearing before Magistrate Judge John M. Facciola on December 9, 2009, defendant entered a plea of guilty.  On December 9, 2009 the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation.  *See* Local Crim. R. 59.2(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within 14 days after being served with a copy thereof.").  Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
           **United States District Judge**
           **January 13, 2010**